# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Keith E. Gregory,

      Plaintiff,

      v.                        Case No.  1:06cv041

AK Steel Corporation,               Judge Michael R. Barrett

      Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X ]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion for Summary Judgment (Doc. 14 is granted.  This action is dismissed and terminated.

Date: June 28, 2007                    James Bonini, Clerk
                                         Clerk

                                  By:      S/Barbara A. Crum
                                  Deputy Clerk